IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AMY LYNN FOX,<br>        *Defendant.* | Criminal No. 1:24-MJ-387<br><br>Count 1: Assault on a Federal Law Enforcement Officer (18 U.S.C. § 111(a)(2)) |

## CRIMINAL INFORMATION

### COUNT ONE

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 28, 2024, on the Pentagon Reservation, in the Eastern District of Virginia, the defendant, AMY LYNN FOX, did knowingly and forcibly assault, resist, oppose, impede, intimidate, and interfere with O-1, a federal law enforcement officer, while the officer was engaged in the performance of official duties.

(In violation of Title 18, United States Code, Section 111(a)(2).)

Jessica Aber
United States Attorney

By: _____
Thomas M. Kersey
Special Assistant United States Attorney (Pentagon)
April Russo
Assistant United States Attorney